LOUISA J. BRUEN, Respondent, v. THE MANHATTAN RAILWAY COMPANY et al., Appellants.

(Argued February 1, 1892; decided March 1, 1892.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made June 1, 1891, which affirmed an order of Special Term denying a motion to set aside a certificate of the trial judge, that a claim of title to real property came in question upon the trial.

*William R. Page* for appellants.

*Stanley W. Dexter* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. HENRY SILKENS, Respondent, v. JOHN McGLYN et al., Composing the Board of Excise of the Town of New Utrecht, Appellants.

(Submitted February 1, 1892; decided March 1, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department made December 19, 1891, which reversed an order of the excise commissioners of the town of New Utrecht, revoking a license granted to the relator.

*James C. Church* for appellants.

*John H. Kemble* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.